Clerk, U. S. District Court
Western District of Texas
By _____
                    Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL No. A:14-cr-213(1)-SS |
| Plaintiff, | § | |
| v. | § | **INFORMATION** |
| | § | |
| Michael Todd Wolfe, a/k/a, "Faruq." | § | [Violation: 18 U.S.C. §2339B – Attempt to Provide Material Support to a Designated Foreign Terrorist Organization] |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

### [18 U.S.C. § 2339B]

Beginning in or before August 2013, to June 17, 2014, in the Western District of Texas, and elsewhere, the defendant,

**Michael Todd Wolfe, a/k/a, "Faruq,"**

knowingly attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including property, services, and personnel, including himself, to a foreign terrorist organization, namely, the Islamic State of Iraq and al-Sham/Syria ("ISIS"), knowing that the organization was a designated terrorist organization.

In violation of Title 18, United States Code, Section 2339B.

                                        Respectfully submitted,

                                        ROBERT PITMAN
                                        United States Attorney

By: _____
                                        GREGG N. SOFER
                                        Assistant U.S. Attorney
                                        816 Congress Avenue, Suite 1000
                                        Austin, Texas  78701
                                        Telephone     (512) 916-5858
                                        Facsimile      (512) 916-5854