UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO.   A-14-CR-213(1) - SS |
| | ) |
| MICHAEL TODD WOLFE, a/k/a, "Faruq," | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS COUNT ONE OF THE INDICTMENT

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the United States Attorney for the Western District of Texas hereby requests that the above-captioned Indictment, filed on June 18, 2014, be dismissed. The Defendant pleaded guilty to Count One of an Information charging him with the violation of Title 18, United States Code, Section 2339B pursuant to a plea agreement with the government, and in full satisfaction of all charges. He was subsequently sentenced by the Court on June 5, 2015.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By: /S/ GREGG N. SOFER
Gregg N. Sofer
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas   78701
Office   (512) 916-5858
Fax       (512) 916-5854

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2015, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

**Horatio R. Aldredge**
Federal Public Defender's Office
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, TX 78701
Phone: (512) 916-5025
Fax: (512) 916-5035

/S/ GREGG N. SOFER
Gregg N. Sofer
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO.   A-14-CR-213(1) - SS |
| ) | |
| MICHAEL TODD WOLFE, a/k/a, "Faruq," ) | |
| ) | |
| Defendant. ) | |

Came on to be considered the motion filed by the United States Attorney pursuant to Rule 48(a), Federal Rules of Criminal Procedure, requesting that Count One (1) of the above-captioned Indictment filed on June 18, 2014, for this defendant, be dismissed. The Court, having duly considered the motion, finds that the motion is meritorious.   It is hereby

**ORDERED** that the Government's motion be GRANTED.

**SIGNED** on the _____ day of _____ 2015.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE