```
 1                   UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF TEXAS
 2                         AUSTIN DIVISION

 3   UNITED STATES OF AMERICA  ) Docket No. A 14-CR-213(1) SS
                               )
 4   vs.                       ) Austin, Texas
                               )
 5   MICHAEL TODD WOLFE        ) June 5, 2015

 6
                       TRANSCRIPT OF SENTENCING
 7              BEFORE THE HONORABLE SAM SPARKS

 8

 9   APPEARANCES:

10   For the United States:      Mr. Gregg N. Sofer
                                 Assistant U.S. Attorney
11                               816 Congress Avenue, Suite 1000
                                 Austin, Texas 78701
12

13

14   For the Defendant:          Mr. Horatio R. Aldredge
                                 Assistant Federal Public Defender
15                               Lavaca Plaza
                                 504 Lavaca Plaza, Suite 960
16                               Austin, Texas 78701

17

18   Court Reporter:             Ms. Lily Iva Reznik, CRR, RMR
                                 501 West 5th Street, Suite 4153
19                               Austin, Texas 78701
                                 (512)391-8792
20

21

22

23

24

25   Proceedings reported by computerized stenography, transcript
     produced by computer.
```

09:35:27  1          THE COURT:  Call 14-CR-213, United States vs. Michael

09:35:31  2  Todd Wolfe, also known as "Faruq."

09:35:34  3          MR. SOFER:  Gregg Sofer and Michael Galdo for the

09:35:34  4  United States.

09:35:37  5          Good morning, your Honor.

09:35:38  6          MR. ALDREDGE:  Horatio Aldredge for Mr. Wolfe.

09:35:41  7          Good morning.

09:35:41  8          THE COURT:  Good morning, Mr. Aldredge.

09:35:42  9          If you'll tell me your full name, please, sir.

09:35:44  10         THE DEFENDANT:  Michael Todd Wolfe.

09:35:45  11         THE COURT:  Mr. Wolfe, you don't have to lean over.  It

09:35:47  12  will pick up.  Just relax.

09:35:49  13         Have you had the opportunity to sit down with your

09:35:51  14  lawyer and review the presentence investigation made by the

09:35:55  15  probation department in your case?

09:35:56  16         THE DEFENDANT:  Yes, your Honor.

09:35:57  17         THE COURT:  The probation department has calculated a

09:36:06  18  guideline range under the statutes of 360 months to life, with

09:36:13  19  life supervision, and appropriate fines under the guidelines, and

09:36:21  20  $100 on the mandatory assessment by the Congress.

09:36:29  21         I have the information that you have little and no

09:36:36  22  significant criminal history.  Beginning at 15, you had an

09:36:43  23  interference with emergency call.  Then, years later, a theft at

09:36:48  24  Wal-Mart where you stole something between 50 and $500.  Then in

09:36:56  25  2009, an assault, fight.  I have no objections by the government.

| | | |
|---|---|---|
| 09:37:08 | 1 | I have no objections by the defendant. |
| 09:37:11 | 2 | In addition to the presentence report, I have reviewed |
| 09:37:17 | 3 | the government's 5K motion, the government's sealed sentencing |
| 09:37:22 | 4 | memorandum, the defendant's sentencing memorandum, and the |
| 09:37:33 | 5 | multiple letters that I received from Mr. Aldredge, which I will |
| 09:37:47 | 6 | attach to the defendant's sentencing memorandum. |
| 09:37:51 | 7 | MR. ALDREDGE:  And, your Honor, you should have two |
| 09:37:53 | 8 | statements by Mr. Wolfe attached to the sentencing memorandum. |
| 09:37:55 | 9 | THE COURT:  They were enclosed in the sentencing |
| 09:37:57 | 10 | memorandum.  Yes.  I received those very thoughtful, multiple |
| 09:38:02 | 11 | pages that I have reviewed.  And that is what I have reviewed to |
| 09:38:09 | 12 | date. |
| 09:38:19 | 13 | So there being no objections and after reviewing the |
| 09:38:23 | 14 | presentence investigation, I will accept the plea agreement. |
| 09:39:05 | 15 | File it, Jaye. |
| 09:39:08 | 16 | I'll hear from the government on the government's |
| 09:39:10 | 17 | motion. |
| 09:39:11 | 18 | MR. SOFER:  We persist in that motion and ask the Court |
| 09:39:13 | 19 | to grant it for the reasons that are stated in that motion, as |
| 09:39:16 | 20 | well as the sealed sentencing memorandum. |
| 09:39:20 | 21 | MR. ALDREDGE:  Your Honor, we're asking that the Court |
| 09:39:22 | 22 | impose a sentence of 84 months.  Briefly, your Honor, of course, |
| 09:39:28 | 23 | the statutory cap is 15 years, and then, there's these 360 to |
| 09:39:31 | 24 | life, as the Court referenced, based on the Chapter 3 terrorism |
| 09:39:36 | 25 | enhancements.  Your Honor, that -- I believe that that is |

4

| | | |
|---|---|---|
| 09:39:44 | 1 | essentially a hammer that the DOJ requested and was placed in the |
| 09:39:48 | 2 | guidelines.  And while there might be a case -- a material |
| 09:39:51 | 3 | support case where that is the appropriate measure of the |
| 09:39:54 | 4 | defendant being sentenced, that in this case is so far from what |
| 09:40:00 | 5 | is appropriate and the individual before you today that that just |
| 09:40:06 | 6 | is, really, no measure and it should have no role in the |
| 09:40:10 | 7 | sentencing. |
| 09:40:11 | 8 | And the original sentencing under the Chapter 2M |
| 09:40:15 | 9 | calculation, in my mind, is the more fair measure of who he is, |
| 09:40:24 | 10 | and what he did, and what he represents in the future in deciding |
| 09:40:29 | 11 | -- and the sentencing agreement -- agreed recommendation that the |
| 09:40:34 | 12 | government and we have come up with is related to that.  In fact, |
| 09:40:39 | 13 | it would be an upward variance from that particular guideline, |
| 09:40:42 | 14 | which was 63 to 78 months before application of the Chapter 3 |
| 09:40:46 | 15 | enhancements. |
| 09:40:47 | 16 | So 84 months, Judge, is a stiff sentence and will serve |
| 09:40:53 | 17 | all of the sentencing goals of 3553(a), and certainly gets across |
| 09:41:02 | 18 | the message to him.  And not that it needs to be gotten through |
| 09:41:05 | 19 | to him any further, I believe as the Court can see from his very |
| 09:41:11 | 20 | thoughtful letters.  You know, I could go on for an hour about |
| 09:41:16 | 21 | Mr. Wolfe and how highly I think of him.  And I've never known a |
| 09:41:22 | 22 | client so well and I've never liked a client so well. |
| 09:41:26 | 23 | I have really no doubt and I don't really -- I don't |
| 09:41:29 | 24 | think the government has any doubt about what his future will be, |
| 09:41:32 | 25 | which is a good one, and a productive and a law-abiding one.  And |

09:41:41  1   there's just in terms of correction or punishment, it doesn't

09:41:47  2   need -- it's already taken place with Mr. Wolfe.

09:41:50  3          And so, for all those reasons, Judge, and for what we

09:41:54  4   have said in our sentencing memorandum, we believe 84 months is

09:42:02  5   an adequate and appropriate sentence in this case.

09:42:11  6          THE COURT:  Well, of course, Mr. Wolfe has a good

09:42:21  7   lawyer and the negotiations in this case had a maximum statute,

09:42:27  8   which capped the guidelines range two-thirds.  The government's

09:42:34  9   motion, along with the agreement of the defendant's, is

09:42:38 10   impressive to the Court.  The one thing that the Court is

09:42:43 11   concerned about in this case, not that it's of any defense or not

09:42:48 12   that it was any excuse of any nature to Mr. Wolfe, but I'm always

09:42:57 13   concerned in these cases as to the role of the confidential

09:43:02 14   informants who guide these people like Mr. Wolfe to conduct that,

09:43:17 15   in all probability, would have never happened in the first place.

09:43:23 16          So both the government and you can talk on that on the

09:43:29 17   allocution that we're going to have because that's the main

09:43:35 18   concern for the Court.  As I read Mr. Wolfe's very pensive

09:43:42 19   letters and his family's letters, they're similar to many of the

09:43:50 20   letters I get, except I don't usually get 19 or 20 pages from the

09:43:56 21   defendant.

09:43:58 22          MR. ALDREDGE:  They're usually not in custody as long

09:44:00 23   as he is and have as much time to think.

09:44:03 24          THE COURT:  Oh, I have people in custody most of their

09:44:05 25   life, Mr. Aldredge, and I get letters from them frequently from

09:44:08  1  prison.  I get letters before their sentencing.  It's not the

09:44:15  2  longest letter I've received.  It was one of the more difficult

09:44:18  3  letters to read, having five sons myself.  But anyway, that's one

09:44:30  4  things, particularly from Mr. Sofer I want to hear.  And then,

09:44:37  5  I'll decide on -- the 5K motion, of course, I will grant.  The

09:44:50  6  amount of the reduction I will wait until I've heard all of the

09:44:57  7  presentations.

09:45:00  8          So we're back to you, Mr. Wolfe.  I have read your

09:45:04  9  letter.  I was concerned before I read your letter as to what

09:45:14  10  part you made in all of your decisions.  I'm convinced that you

09:45:18  11  made the substantial decisions from your exposure to the Muslim

09:45:29  12  faith, but you were probably ready to think about and perhaps

09:45:41  13  follow the suggestions that may have been made to you.

09:45:47  14          The difficulty I have with this case, as well as

09:45:52  15  others, is it is so incomprehensible to me that anybody who is

09:45:57  16  born in this country that has any kind of intellect whatsoever

09:46:02  17  can see what the rest of the world is like.  And although we have

09:46:09  18  many, many problems in this country, our people are not in

09:46:13  19  jeopardy and killed all the time for no reason whatsoever.  It's

09:46:19  20  hard for me to understand that.

09:46:23  21          But before I sentence you, you have the right to say

09:46:25  22  anything that you wish.  You're not required to say anything.

09:46:28  23  Your letter says a lot of things.  I'd like to hear from you now

09:46:34  24  if you would like to say anything.

09:46:36  25          THE DEFENDANT:  Yes, your Honor.  I have something that

| | | |
|---|---|---|
| 09:46:39 | 1 | I wrote. |
| 09:46:40 | 2 | THE COURT:  That's fine. |
| 09:46:41 | 3 | THE DEFENDANT:  Because I felt I would be too nervous |
| 09:46:45 | 4 | to speak freely without rambling. |
| 09:46:47 | 5 | THE COURT:  Many people do that. |
| 09:46:50 | 6 | THE DEFENDANT:  Honorable Judge Sparks, I would like to |
| 09:46:52 | 7 | let you and whoever it may concern that I, Michael Todd Wolfe, |
| 09:46:56 | 8 | deeply and sincerely regret the decisions I have made and the |
| 09:46:59 | 9 | actions I have taken leading up to my incarceration.  I've spent |
| 09:47:04 | 10 | every moment of the last year thinking about the mistakes I have |
| 09:47:06 | 11 | made.  I think about how foolishly -- how I foolishly allowed |
| 09:47:16 | 12 | myself to be misled by people who claim to be my friends and |
| 09:47:21 | 13 | began to follow an ideology that was not truly mine. |
| 09:47:25 | 14 | My heart becomes full of guilt when I think about the |
| 09:47:28 | 15 | fact that even if I were to succeed in my efforts of traveling |
| 09:47:31 | 16 | overseas, I would still have been tearing my family apart.  It is |
| 09:48:00 | 17 | true what they say, that hindsight is 20/20.  And with that being |
| 09:48:05 | 18 | said, I accept the fact that I'm the one that put myself in this |
| 09:48:11 | 19 | situation, and now I am the one that must face the consequence of |
| 09:48:21 | 20 | my actions. |
| 09:48:30 | 21 | I believe that this is for the best for me.  It has |
| 09:48:35 | 22 | continued to give me an opportunity to reform myself and to leave |
| 09:48:41 | 23 | extreme ideology and less than desirable associates behind me. |
| 09:48:45 | 24 | I've been kept from doing something stupid and selfish and |
| 09:48:49 | 25 | potentially take myself away from my wife and children |

09:48:52  1  permanently.  I have the opportunity to become a better husband

09:48:56  2  and a better father than I was before, to be able to provide them

09:49:07  3  with a stable and loving home, and never take them for granted

09:49:10  4  again.

09:49:11  5        I've also been given a much needed opportunity to

09:49:14  6  remain in this great country and become a functioning member of

09:49:17  7  society, something I've also taken for granted.  I plan on using

09:49:21  8  this time in custody to better myself in all aspects of life.  I

09:49:25  9  would love nothing more than to leave this situation a better

09:49:29  10  man, to return home to my family and never leave their side, to

09:49:34  11  work my hands to the bone to provide for them.  Never make the

09:49:40  12  horrible decisions I have made again.  That's all, your Honor.

09:49:59  13        THE COURT:  Mr. Aldredge.

09:50:00  14        MR. ALDREDGE:  Your Honor, I don't have anything in

09:50:03  15  addition to say what I've already said.

09:50:05  16        THE COURT:  Mr. Sofer.

09:50:07  17        MR. SOFER:  Your Honor, I want to address the Court's

09:50:09  18  concern.  I think the best way I can do that is try to give the

09:50:12  19  Court the government's perspective as we engage in a case like

09:50:17  20  this.

09:50:19  21        Mr. Wolfe came to the attention of law enforcement not

09:50:23  22  because we were focusing on him, but we were focusing on other

09:50:26  23  people.  One of those individuals is charged in a separate

09:50:29  24  indictment that's pending before the Court for sentence at

09:50:32  25  different times.  That organization or group of people was of

09:50:36  1  great concern to law enforcement here in Austin for a variety of

09:50:40  2  different reasons, and for the public safety, that organization

09:50:46  3  was investigated.

09:50:47  4        Mr. Wolfe, himself, describes some of his friends

09:50:49  5  got -- you know, pushed him down this road or encouraged him to

09:50:52  6  follow an extreme ideology.  Some of these individuals are those

09:50:56  7  people.  They're not government actors, they're other citizens of

09:51:00  8  Austin.  In the course of that, yes, an undercover FBI agent was

09:51:06  9  injected into the scenario in order to determine what this group

09:51:10  10  was capable of, and offered that person services in order to --

09:51:17  11  we have to figure out -- we have to separate the wheat from the

09:51:20  12  chaff.  We can't just investigate everyone for what they think.

09:51:24  13  That's clearly wrong.  It's not done.

09:51:26  14        The question is, will anyone act?  It's an incredibly

09:51:30  15  difficult question for the FBI.  They're struggling with it

09:51:32  16  enormously.  We are in an epidemic situation right now in this

09:51:36  17  country.  I think since Mr. Wolfe, who is one of the first people

09:51:39  18  arrested on his way to Syria in the United States, although there

09:51:44  19  were others before him.  I think there's been upwards of 30 to 40

09:51:48  20  defendants arrested since June of last year.

09:51:50  21        So we're talking about an incredibly dangerous

09:51:55  22  situation.  And as our sentencing memorandum states, sealed

09:51:59  23  sentencing memorandum, we're worried about these folks coming

09:52:01  24  back.  We can't watch all of them.  It's become a retractable

09:52:06  25  problem.  The best that can be done is to try to determine which

09:52:09    1   of the folks who espouse a radical, violent extreme ideology are

09:52:15    2   capable of causing harm to Americans.

09:52:18    3           That can only be done in a number of different ways,

09:52:21    4   but one of the best ways to do it is to send someone in to find

09:52:23    5   out what they're capable of.  And Mr. Wolfe signed up for this.

09:52:26    6   Nobody put his arm behind his back.  Nobody put a gun to his

09:52:31    7   head.  This was at the time something that he wanted to do, and,

09:52:34    8   in fact, he took tremendous steps to do that.  He sold everything

09:52:38    9   he owned.  He was going.  And he was stopped on the jet way as he

09:52:44   10   was about to step on the airplane.  So --

09:52:45   11           THE COURT:  I note in the materials that I read where,

09:52:51   12   at some point, the informant was trying to talk him out of going,

09:52:59   13   getting his money back from the airlines and not flying over

09:53:05   14   there.

09:53:05   15           MR. SOFER:  I guess I'll put it this way.  Again, when

09:53:08   16   we're working these cases, we have to and want to -- because what

09:53:15   17   your Honor brings up is not an unreasonable or an unusual

09:53:18   18   reaction to a sting case.  And we have to give them an out.  We

09:53:24   19   want to give them an out.  We want to give them chances to walk

09:53:27   20   away.

09:53:27   21           And, again, I think the statements that Mr. Wolfe has

09:53:29   22   submitted to the Court, he's admitted that.  And, you know, I

09:53:34   23   agree with much of what they have said, what the defense says,

09:53:38   24   and we join in the sentencing recommendation.  I want to say that

09:53:41   25   on the record.

09:53:42  1      But the fact of the matter is, this chain of events was

09:53:45  2  interrupted because of the FBI's work and the work of that

09:53:48  3  undercover, among a lot of other people.  Had it not happened,

09:53:52  4  there is little or no question he would have gone overseas.  Part

09:53:55  5  of why he's upset, and as he should be, is he probably would have

09:53:58  6  died there.  But what the United States is most concerned about

09:54:02  7  is these people coming back.  Now you have the United States

09:54:06  8  passport.  Now you've engaged in the brutal violence that's

09:54:10  9  taking place overseas, receive training from these organizations

09:54:13  10  and come back into the United States.  That is a nightmare for

09:54:16  11  us, for the citizens, for the citizens of Austin, for the

09:54:20  12  citizens of the country.

09:54:20  13      It's in that context that this case occurs.  And, you

09:54:24  14  know, it's similar to other really bad things that are happening,

09:54:28  15  like the meth problem or the drug problem, but this is a

09:54:31  16  significant problem in the United States.  And we do the best we

09:54:34  17  can.  In this case, the FBI did the best they could to try to

09:54:38  18  determine which of this -- of these people was capable and

09:54:43  19  interested.

09:54:43  20      And I think Mr. Wolfe -- I don't know if he -- I think

09:54:46  21  he said in one of his statements, but I think he would agree,

09:54:49  22  thank goodness it was the FBI.  It's not just the FBI out there,

09:54:52  23  though, Judge.  I think that's very important to understand is

09:54:56  24  that it's not just the FBI out there.  There are numerous people

09:54:59  25  in the world, especially online, who are calling people to come

09:55:03  1   to Syria and Iraq and other places to fight.  And all you have to

09:55:07  2   do is open the newspaper and you'll see it happening.  It's not

09:55:09  3   all the FBI doing all this.

09:55:12  4        And we have about 150 Americans, they estimate, that

09:55:14  5   are there now.  And, again, it's in that context that we run

09:55:22  6   these kinds of investigations.  And so, I share the Court's

09:55:27  7   concern about making -- you know, taking somebody who wasn't

09:55:29  8   really going to do anything and have them do something.  But Mr.

09:55:32  9   Wolfe was at the time -- I will admit, from what I know, he's not

09:55:38  10  the same guy that he was when he was getting ready to get on that

09:55:41  11  airplane; but the reason for that is something happened and it

09:55:45  12  was -- it was the good work of the FBI that stopped him from

09:55:48  13  getting on that plane, and the work of that undercover that

09:55:52  14  stopped him from getting on that airplane.  Had that not

09:55:55  15  happened, who knows, maybe he would have gotten over there and

09:55:58  16  decided this was a bad idea, I don't know.  I don't have the tea

09:56:00  17  leaves to figure that out.

09:56:02  18        But I think what the government is asking for here is

09:56:07  19  -- and is joining in is a significantly reduced sentence.  This

09:56:09  20  is not an insignificant reduction.  I would disagree with Mr.

09:56:15  21  Aldredge about the terrorism enhancement.  Congress looked at

09:56:17  22  these kinds of crimes and decided they were different than other

09:56:20  23  kinds of crimes for a reason.  People can disagree with that, but

09:56:25  24  I think, generally speaking, we'd all have to agree that they are

09:56:27  25  different kinds of crime.  Part of what it was is that you have

09:56:30  1    an ideology here a lot of people don't change.  It's also the

09:56:34  2    reason we have lifetime supervision.

09:56:35  3           But I don't want to debate that section of law.  The

09:56:38  4    fact of the matter is, in reality, the government has agreed to a

09:56:41  5    significant reduction in the sentence here, and that's based on

09:56:44  6    not just the sentencing memorandum but the other motion that we

09:56:48  7    filed.  And we think it's a fair sentence and I'd ask the Court

09:56:51  8    to hold that line.

09:56:52  9           THE COURT:  I'm not arguing with that and the plea

09:56:59  10   agreement's fair his benefit, too.  He could have been charged

09:57:01  11   with a lot more substantial things.

09:57:04  12          MR. SOFER:  Yes, sir.

09:57:04  13          THE COURT:  Probation have anything for the record?

09:57:06  14          PROBATION OFFICER:  No, sir, your Honor.

09:57:08  15          THE COURT:  In federal court, anybody in the courtroom

09:57:11  16   has the right to speak.  I'll ask you to be as concise as you can

09:57:17  17   because we have a full calendar today.  But if anybody would like

09:57:22  18   to speak, you could come forward now.

09:57:29  19          Mr. Wolfe, I'm going to ask you to step over here with

09:57:31  20   the marshal.

09:57:42  21          MS. JAQUES:  Hi, your Honor.  Judge Sparks, my name is

09:57:45  22   Jennie Jaques.  I am Michael's grandmother.

09:57:50  23          THE COURT:  I have your letter.

09:57:51  24          MS. JAQUES:  Okay.  I have known this boy and been

09:57:54  25   around this boy for -- since he was three months old, biggest

| | |
|---|---|
| 09:57:58 | 1 | part of his time.  I'm not allowed to talk about the case again, |
| 09:58:04 | 2 | so I'd just like you to refer back to my letter as to how I feel |
| 09:58:07 | 3 | about what the FBI has just said.  But Michael is a changed man. |
| 09:58:16 | 4 | Not a changed boy.  He's a changed man.  He realizes what has |
| 09:58:22 | 5 | taken place, the depth of it.  And I guess I'm only here because |
| 09:58:29 | 6 | he's realized what this has done to his family, to his children. |
| 09:58:35 | 7 | They only get to see him through glass.  They haven't touched him |
| 09:58:38 | 8 | in over a year.  His wife hasn't touched him in over a year.  I |
| 09:58:42 | 9 | haven't seen him since October. |
| 09:58:47 | 10 | He has a chance when released, I hope after a very |
| 09:58:52 | 11 | short period of time, to come and have a restart in our home.  We |
| 09:58:59 | 12 | have helped many other men out recover from prison time, which |
| 09:59:10 | 13 | I'm concerned with taken away from what he just learned will help |
| 09:59:18 | 14 | him to add to conform to a prison life, which is way harder to, I |
| 09:59:22 | 15 | think, rehabilitate than it is what he's going through now. |
| 09:59:27 | 16 | Prison life does a lot to a person.  I've witnessed it. |
| 09:59:33 | 17 | And I would just ask that you send this grown man home |
| 09:59:37 | 18 | to his kids, to his wife, to me and his papa.  And without making |
| 09:59:48 | 19 | this sound so, I don't know, morbid, I would like to see him free |
| 09:59:55 | 20 | before I die.  I have emphysema and there's no given time for me. |
| 10:00:02 | 21 | I don't want to -- I'm sorry, Michael.  I want to be alive to |
| 10:00:09 | 22 | help him restart his life. |
| 10:00:12 | 23 | THE COURT:  You know, most cases, it's apparent that |
| 10:00:18 | 24 | the family will suffer more. |
| 10:00:21 | 25 | MS. JAQUES:  Yes.  I believe that. |

| | | |
|---|---|---|
| 10:00:22 | 1 | THE COURT:  Than the defendant.  In this particular |
| 10:00:25 | 2 | case, however, the FBI was a godsend to his family. |
| 10:00:33 | 3 | MS. JAQUES:  Yes, sir, to a certain extent.  And as you |
| 10:00:35 | 4 | can see -- |
| 10:00:35 | 5 | THE COURT:  No, no.  A hundred percent. |
| 10:00:37 | 6 | MS. JAQUES:  Well, okay. |
| 10:00:38 | 7 | THE COURT:  Because once they get over there, their |
| 10:00:41 | 8 | lives are changed far more than even in the penitentiary.  But be |
| 10:00:46 | 9 | that as it may, I understand what you're saying and I read your |
| 10:00:49 | 10 | letter. |
| 10:00:49 | 11 | MS. JAQUES:  Yes, because I don't think he could stay |
| 10:00:51 | 12 | long.  He's never been out of the state of Texas. |
| 10:00:53 | 13 | THE COURT:  Well, I thank you for coming. |
| 10:00:55 | 14 | MR. ALDREDGE:  Your Honor, our request is going to be |
| 10:00:58 | 15 | that -- and I'll have her write it down so she won't have to say |
| 10:01:03 | 16 | it publicly.  But the release address in the PSR will be -- and |
| 10:01:08 | 17 | this is what my client wishes and what she wishes. |
| 10:01:11 | 18 | MS. JAQUES:  Yes. |
| 10:01:12 | 19 | MR. ALDREDGE:  That release address be her address. |
| 10:01:14 | 20 | I'll have her write it down and submit it. |
| 10:01:15 | 21 | THE COURT:  Give it to probation. |
| 10:01:18 | 22 | MS. JAQUES:  I have better records than halfway houses |
| 10:01:19 | 23 | for federal release. |
| 10:01:20 | 24 | THE COURT:  I read your letter. |
| 10:01:22 | 25 | MS. JAQUES:  Okay. |

| | | |
|---|---|---|
| 10:01:24 | 1 | MR. ALDREDGE:  She's had a couple of my clients. |
| 10:01:28 | 2 | MS. JAQUES:  Yes.  But I appreciate the time, sir. |
| 10:01:32 | 3 | Yeah.  I just -- I would like him home for his children.  Like |
| 10:01:39 | 4 | you say, the whole family suffers, but the children are just |
| 10:01:43 | 5 | starting their lives.  They need a father.  Besides behind a |
| 10:01:50 | 6 | glass, his son, whenever he walks away, wants to know where |
| 10:01:53 | 7 | Ba-Ba's going.  We just tell him Ba-Ba's going to school.  He's |
| 10:01:56 | 8 | only three.  I don't know what else to tell him. |
| 10:02:03 | 9 | I just hope you really try to go for as much leniency |
| 10:02:09 | 10 | as possible.  Thank you, your Honor. |
| 10:02:31 | 11 | THE COURT:  Anyone else? |
| 10:02:45 | 12 | MS. FURR:  Hello, Judge Sparks.  I'm Jordan Furr. |
| 10:02:49 | 13 | Michael Wolfe's wife.  I'm sure you're kind of anxious to hear |
| 10:02:52 | 14 | from me.  I also wrote because I thought I would be a little |
| 10:02:58 | 15 | nervous, as well. |
| 10:03:00 | 16 | THE COURT:  I have one daughter, also. |
| 10:03:03 | 17 | MS. FURR:  Okay.  I rewrote you a letter 10, 20 times |
| 10:03:09 | 18 | working on perfection of it, and I couldn't even find the words. |
| 10:03:14 | 19 | Being overwhelmed with feelings in trying to apologize and |
| 10:03:18 | 20 | explain how everything happened, and I don't think we need to |
| 10:03:22 | 21 | rehash everything.  The evidence is there.  There's no getting |
| 10:03:25 | 22 | around it.  I can argue the type of person I know my husband is. |
| 10:03:30 | 23 | I've seen him change over time.  How I know it's neither his goal |
| 10:03:34 | 24 | nor his intent to ever harm anyone, only to help.  More of a |
| 10:03:41 | 25 | humanitarian aid since this thing.  But I see where in this |

10:03:44  1    situation got dangerous really fast, and that acting on poor

10:03:48  2    judgment sometimes carries the worst consequences, even if you

10:03:52  3    have good intentions.

10:03:58  4         That we understand -- I do see that there's a lot of

10:04:02  5    good that can come from this situation.  And yes, the FBI did

10:04:05  6    probably save our lives, you know.  And we are blessed to be born

10:04:09  7    in this country and be as free as we are.  And it's a really

10:04:16  8    beautiful thing and I'm proud of being, you know, American.  I am

10:04:19  9    proud to be from here.  I apologize for ever taking that for

10:04:25  10   granted.

10:04:26  11        I think there's a great opportunity for my husband to

10:04:28  12   get back on his feet, maybe get some schooling, take advantage of

10:04:32  13   the federal court system or the federal penitentiary system and

10:04:35  14   what they have to offer him in starting over.  I'm scared what

10:04:39  15   this is going to do for his image, for ever finding a job, for

10:04:45  16   supporting his family when he gets out.  I'm scared what it does

10:04:49  17   for our image in the society.

10:04:53  18        You know, I'm 23 years old.  I'm sorry.  And it's a lot

10:05:01  19   to take on two kids and try to find a new religion and

10:05:05  20   everything, but it's even bigger to have everything kind of

10:05:09  21   ripped away and be labeled a terrorist.  I'm sorry.  So I

10:05:24  22   apologize for my support and my husband's actions.  And up to

10:05:30  23   this point, I see where everything went wrong and where we could

10:05:33  24   have made better decisions, and in the future, what's going to be

10:05:37  25   different.

| | | |
|---|---|---|
| 10:05:38 | 1 | I'll continue to stand by him and support him through |
| 10:05:41 | 2 | this, and continue to be a functioning member of society.  Like |
| 10:05:45 | 3 | he said, continue to, you know, further my career and do what I |
| 10:05:48 | 4 | have to do for my kids by myself.  And, you know, I'll be here |
| 10:05:55 | 5 | and do whatever I can to help this situation.  It's really hard |
| 10:05:59 | 6 | on us. |
| 10:05:59 | 7 | THE COURT:  Is it your plans for you and the children |
| 10:06:02 | 8 | to remain in Austin? |
| 10:06:05 | 9 | MS. FURR:  Yes.  Uh-huh.  Yeah.  We're not going to |
| 10:06:07 | 10 | Turkey. |
| 10:06:09 | 11 | THE COURT:  No.  I don't have the authority to assign |
| 10:06:12 | 12 | people in the Bureau of Prisons where they're going to go, but I |
| 10:06:15 | 13 | have the authority to make a recommendation. |
| 10:06:17 | 14 | MS. FURR:  Thank you.  That's all I have.  And I |
| 10:06:19 | 15 | just -- |
| 10:06:20 | 16 | THE COURT:  I just want to make sure that you will be |
| 10:06:22 | 17 | here. |
| 10:06:23 | 18 | MS. FURR:  Thank you.  I appreciate your time. |
| 10:06:24 | 19 | THE COURT:  Well, thank you for coming. |
| 10:06:33 | 20 | Anyone else?  If you'll come forward, please. |
| 10:06:45 | 21 | MR. WOLFE:  Hello, your Honor my name is Trevor Wolfe. |
| 10:06:48 | 22 | I am the brother of Michael Wolfe.  The second, the middle |
| 10:06:52 | 23 | brother, number two of three.  And I just got here.  I ran from |
| 10:06:58 | 24 | the Blackwell building, thinking it was there, instead.  I don't |
| 10:07:03 | 25 | know much.  I haven't heard the proceeding.  I don't know what |

10:07:06  1   the sentencing.  All I know is that the person who put me where I

10:07:10  2   am is not with me anymore.

10:07:15  3          Every day I wake up, I have a lot to thank my brother

10:07:20  4   for because I was -- he is why I have a level head.  He is why

10:07:28  5   I'm responsible now.  I have a fiance.  I'm taking care of our

10:07:33  6   youngest brother.  I'm trying to move into our own house and

10:07:40  7   begin what he was having that was more or less thrown away.  But

10:07:45  8   I just wanted to say that I don't know how everyone else views

10:07:50  9   him.  All I know is that in the eyes of the United States, he's a

10:07:55  10  terrorist.  But in my eyes, he has never struck terror into

10:08:00  11  anyone.

10:08:01  12         He is -- I've seen him take people who are on the

10:08:06  13  darkest path.  Our friends that -- not even about religion, about

10:08:12  14  being a human and understanding where other people are.  We have

10:08:18  15  people, our friends doing heroin, people wanting to do drugs with

10:08:22  16  us, but when you tell them that's not what life is about and

10:08:27  17  that's not what we're about anymore.  You know, I don't know --

10:08:31  18  last time I saw him was a long time ago, before he went.  I had

10:08:38  19  an FBI come to my door and tell me, your brother did something,

10:08:41  20  and I'm thinking, what could he have done?  I wouldn't know him

10:08:46  21  to do anything.

10:08:48  22         Me and him are closer than anything.  Few years ago,

10:08:53  23  before that, we barely talked to each other.  My parents kicked

10:08:58  24  me out of our house because I said I believe in Islam.  That's

10:09:05  25  it.  I don't believe in terrorism.  I love America.  I love this

| | | |
|---|---|---|
| 10:09:09 | 1 | country.  I think everything this country was founded on is |
| 10:09:15 | 2 | correct and true. |
| 10:09:16 | 3 | I just don't know what happened.  I haven't -- I don't |
| 10:09:21 | 4 | know how this is not -- if you ask me if my brother deserves |
| 10:09:28 | 5 | this, I would say no.  I was there.  I was there when he was low. |
| 10:09:36 | 6 | I was there when he was high.  He was there when I was low.  We |
| 10:09:42 | 7 | talked through so much and so many people.  Even within this |
| 10:09:48 | 8 | religion, who we could tell were people who would bring this upon |
| 10:09:52 | 9 | us, and we left those people for that reason.  And then, it still |
| 10:09:56 | 10 | happened. |
| 10:09:58 | 11 | I don't know what to say.  I don't know what to do. |
| 10:10:03 | 12 | All I know is that this is out of my power and there's nothing I |
| 10:10:07 | 13 | can do about it, except for her tell you that he's not a bad |
| 10:10:14 | 14 | person.  If you were to see Michael before Islam, you would not |
| 10:10:24 | 15 | think he's the same person sitting right there.  He had issues |
| 10:10:32 | 16 | that affected my relationship with him.  And then, he's coming to |
| 10:10:40 | 17 | me trying to establish relationship based on the pretense that |
| 10:10:45 | 18 | anger and frustration are not worth it, and that the truth in |
| 10:10:51 | 19 | life is to become one with humankind.  One piece with everyone. |
| 10:11:00 | 20 | You know, we're all human.  At the end of the day, |
| 10:11:03 | 21 | we're all human sleeping in our bed.  Hopefully all of us -- and, |
| 10:11:11 | 22 | like I said, time can't be bought.  You can't earn it, you don't |
| 10:11:17 | 23 | get it back.  These people are trying to take it from you all the |
| 10:11:21 | 24 | time, and you're always losing it.  I didn't even hear how long |
| 10:11:26 | 25 | his sentence is or anything like that.  All I have is it's been |

10:11:30  1  about half a year since I visited him, and it's been almost a

10:11:35  2  year and some-odd since I've shook his hand.

10:11:42  3          And he was there to help me when I needed it.  I'm

10:11:49  4  mainly mad at myself that I wasn't here when everything started

10:11:54  5  happening, and I feel horrible that I just got here, that I don't

10:12:02  6  know how this happened, your Honor.  I would have never seen this

10:12:07  7  happening.  For all intents and purposes, I never thought this

10:12:13  8  would happen, even with everything considering.

10:12:19  9          I don't know how you would feel if someone is calling

10:12:25 10  your family member a terrorist and you know he wasn't.  It's hard

10:12:32 11  to talk about my brother.  The first thing people say is, isn't

10:12:38 12  he that guy that was on the news?  Isn't he a horrible person?

10:12:43 13  Doesn't he want to commit acts against Americans?  Don't even

10:12:48 14  know what that's supposed to mean.  I don't know how my brother

10:12:51 15  is one person can do anything against America.  The fact I don't

10:12:55 16  even know how he is one person is sitting here being charged for

10:12:59 17  what he's being charged for.  All I know is that there were

10:13:04 18  people he knew that aren't there anymore.  And I feel like this

10:13:14 19  is -- it's hard.

10:13:22 20          THE COURT:  It is.  So I can make you rest on that.  It

10:13:26 21  is his fault.  He made the decisions.  He was the one getting on

10:13:30 22  the airplane, taking his family over.  What he would have done,

10:13:37 23  nobody knows.  But as Mr. Sofer indicates -- and you weren't here

10:13:44 24  then -- it's a real problem that we have with all of us and the

10:13:50 25  freedom that we have.  We're used to it.  But all you have to do

| | | |
|---|---|---|
| 10:13:57 | 1 | is pick up the paper any day and see that freedom oozing away |
| 10:14:07 | 2 | from us because of the rest of the world.  The freedom of |
| 10:14:09 | 3 | religion, any religion, Muslim, Islamic religion, just like |
| 10:14:15 | 4 | Christianity or the Jewish religion, all of those rights are |
| 10:14:19 | 5 | slipping out because of the way of the world. |
| 10:14:24 | 6 | But I appreciate your coming and I appreciate your |
| 10:14:26 | 7 | support for your brother.  He will need that. |
| 10:14:30 | 8 | MR. WOLFE:  All I ask is that if any of y'all were to |
| 10:14:34 | 9 | look at him, don't look at him as a terrorist.  You're looking at |
| 10:14:42 | 10 | him as an American citizen who has children.  Thank you. |
| 10:14:47 | 11 | THE COURT:  Thank you. |
| 10:15:08 | 12 | MR. JAQUES:  Morning, your Honor. |
| 10:15:08 | 13 | THE COURT:  Good morning, sir. |
| 10:15:10 | 14 | MR. JAQUES:  My name is Karl Jaques.  I'm Michael |
| 10:15:12 | 15 | Todd's grandfather.  I understand that he's -- he made the |
| 10:15:18 | 16 | decision, yes.  He did do what he said.  He admitted to that |
| 10:15:22 | 17 | already.  We know that.  What I would like to ask is that a |
| 10:15:28 | 18 | lesser sentence because, as you could see or tell by talking to |
| 10:15:32 | 19 | everybody, that he is a changed person.  And what he did was dead |
| 10:15:36 | 20 | wrong and I know he knows that.  But I think with a little rehab |
| 10:15:44 | 21 | and some sort of system or getting his education, getting his |
| 10:15:49 | 22 | GED, moving forward, I think he could do very well in life in the |
| 10:15:55 | 23 | upcoming years. |
| 10:15:56 | 24 | He's worked for me before for about a year and a half, |
| 10:15:59 | 25 | worked fine.  He never -- attendance was well.  Never argumentive |

10:16:05  1  with me.  He was just a model person.  Of course, we got slow

10:16:08  2  with work, so he got laid off.  But that doesn't mean I wouldn't

10:16:11  3  rehire him.  He's an excellent rehire.  He's a very good people

10:16:16  4  person.  He works well with others.  We've worked several schools

10:16:21  5  in this town and several federal buildings, state buildings.

10:16:25  6  Never had any issues out of him.

10:16:28  7          Like I said, though, I know he already admitted to it,

10:16:31  8  so that's, to me, the -- what I'm asking for is maybe you find it

10:16:40  9  in your heart for a little lesser sentence of time.  And if and

10:16:45  10  when today he gets out, I'll put him back to work.

10:16:49  11          THE COURT:  Well, I just want to make sure that you

10:16:52  12  understand what he has earned.

10:16:57  13          MR. JAQUES:  Yes, sir.

10:16:57  14          THE COURT:  Since the time that he was arrested.  He's

10:17:02  15  earned, first, the ability not to be in prison for life.  And

10:17:07  16  there's no out when you get life imprisonment in the federal

10:17:14  17  court.

10:17:15  18          MR. JAQUES:  Yes, sir.  I'm aware of that.

10:17:16  19          THE COURT:  He has earned not to get a minimum sentence

10:17:19  20  of 30 years, which is the minimum sentence for the kind of

10:17:26  21  conduct that he had.  He's earned a very favorable -- with a good

10:17:32  22  lawyer, a very favorable plea agreement that limited his time to

10:17:40  23  180 months.  And he's earned the respect of the United States and

10:17:50  24  the people that are associated with him to drop that basically

10:17:56  25  100 months.

| | | |
|---|---|---|
| 10:17:58 | 1 | So when you walk out today and you think he should have |
| 10:18:03 | 2 | gotten less, you just have to wish that he would have gotten less |
| 10:18:10 | 3 | because he's earned all of that with the facts that we know he |
| 10:18:18 | 4 | did.  And if he's the man that wrote the letters that were |
| 10:18:26 | 5 | attached to Mr. Aldredge's memorandum, I have no doubts that the |
| 10:18:32 | 6 | probability is he will be a good family man.  And depending when |
| 10:18:36 | 7 | he gets out, but he's going to need everybody's help, his wife's, |
| 10:18:41 | 8 | his kids, his brother, but mainly him. |
| 10:18:47 | 9 | But I don't think anybody who walks out of those doors, |
| 10:18:50 | 10 | in a few minutes, should think that he should have walked out |
| 10:19:01 | 11 | because we do have a government of law, and all of us in here |
| 10:19:06 | 12 | have to obey the law.  But thank you for coming. |
| 10:19:11 | 13 | MR. JAQUES:  Thank you. |
| 10:19:32 | 14 | THE COURT:  Anything further, Mr. Wolfe? |
| 10:19:34 | 15 | THE DEFENDANT:  Nothing else to say, your Honor.  Thank |
| 10:19:34 | 16 | you. |
| 10:19:38 | 17 | MR. ALDREDGE:  Your Honor, just briefly.  As to the |
| 10:19:41 | 18 | question the Court touched on earlier, questions, I'd submitted |
| 10:19:47 | 19 | the facts that I wanted to submit to round out the factual -- |
| 10:19:51 | 20 | complete factual picture -- and I'm sure he does -- submit in my |
| 10:19:55 | 21 | memorandum for their editing, for the government's editing in |
| 10:19:58 | 22 | advance of filing it.  So those facts are accurate and I believe |
| 10:20:01 | 23 | they do complete the picture. |
| 10:20:02 | 24 | As to whether he would have gone is speculation.  As to |
| 10:20:06 | 25 | whether he would have gone and come back and real danger the |

10:20:08  1  government puts to as even more remote speculation.  But only

10:20:12  2  thing I want to say -- and I touched on it in the sentencing

10:20:15  3  memorandum -- is that he never, ever expressed any desire or

10:20:19  4  intent to harm Americans, overseas or here.  Never expressed any

10:20:25  5  desire to come back, should he have survived and with his

10:20:32  6  training to come back and do harm here.

10:20:36  7       The group that he was involved with -- they've talked

10:20:40  8  about this.  We don't have -- our grievance is not against this

10:20:43  9  country.  Our grievance is not about doing harm here.  It's

10:20:47  10 specifically something they talked about.  So that is -- should

10:20:51  11 be said on his behalf.  Probably it was -- their axe to grind was

10:20:57  12 not against the United States.  And that's all I have, your

10:21:01  13 Honor.

10:21:01  14      THE COURT:  His conduct, discussions and his witnessing

10:21:10  15 has another aspect, and that is the influence they may have had

10:21:13  16 on people who were going through the same thought processes that

10:21:16  17 he did, as well as what he did.  So you're right.  You paddle

10:21:24  18 into the lake, you don't know how far the ripple would go.

10:21:29  19      The one thing I'm going to tell you, Mr. Wolfe, because

10:21:31  20 of the letter that you wrote, is that you can think about this,

10:21:38  21 and if so, you have the right, of course, to keep it in mind.

10:21:42  22 I'd keep it in mind all the time.  When I was a young person,

10:21:48  23 about your age with children, I heard a minister once say that

10:21:56  24 there's only one thing important in everybody's individual life

10:22:01  25 and one thing only.  The only reason that you're here is to

10:22:06  1  establish a relationship with your creator, whether it be a God

10:22:10  2  in the Christian religion, or Allah, and/or any -- whatever it is

10:22:20  3  that's the supreme being.

10:22:22  4          The more I thought about that, the more I realized that

10:22:27  5  that's accurate.  I have a wonderful family.  I've got

10:22:32  6  grandchildren.  I've got children, I've got great-grandchildren.

10:22:38  7  Worked hard.  I'm sitting up here after 20 years, but it's all,

10:22:46  8  all pleasure and immaterial to why you're here.  And you keep

10:22:53  9  that thought with you, you'll get through this time and through

10:22:59 10  the rest of your time.

10:23:01 11          There are also two things that I'm going to ask you to

10:23:05 12  do.  They're volunteers.  You can't -- we can't make you do it,

10:23:10 13  notwithstanding what your stepfather or grandfather says.

10:23:17 14  Stepfather, I guess.  The truth of the matter is, you haven't

10:23:22 15  worked very much and that's because you haven't -- you dropped

10:23:27 16  out of school.  Yes.  I'd like to see you get a GED.  You've got

10:23:34 17  plenty of time to get a GED.  Person that wrote that letter has

10:23:37 18  enough intellect to get a GED.

10:23:40 19          But what I -- no matter where you go, the federal

10:23:47 20  system will offer you programs so that you can get a certificate

10:23:52 21  of competence in different ways.  It could be plumbing, it could

10:23:58 22  be electricity, it could be construction work.  There are a lot

10:24:01 23  of things.  Find something that you think you can do and you like

10:24:04 24  to do.  It makes the time go by.

10:24:09 25          And when you get back out, your wife concerned about

10:24:12   1   getting a job -- we have almost 900 people on supervision, just

10:24:18   2   in Austin in the federal supervision, and most of them can get a

10:24:22   3   job if they try.  But that certificate really helps.  If you can

10:24:28   4   go into a job and you have learned how to do things in the job

10:24:34   5   that you get, it's very helpful.  And people who work have the

10:24:42   6   best chance of never getting in trouble again.  They have the

10:24:46   7   best chance not to take drugs.  They have the best chance to live

10:24:50   8   a life that you could live on the outside.

10:24:56   9        What your grandmother says is also true.  Prison life

10:25:01   10   is not pleasant and it has a tendency to sit on you.  But if you

10:25:08   11   remember what I've just told you and think about it and if you

10:25:10   12   think it's accurate -- and I think probably because of the way

10:25:14   13   you've gone through thought processes from one religion to

10:25:18   14   another, you can get on them.  I think it will help you go

10:25:23   15   through.

10:25:28   16        Michael Todd Wolfe, I sentence you a term in the

10:25:32   17   penitentiary of 82 months, followed by a supervision of five

10:25:45   18   years.  Now, let me talk about supervision for a moment.  When

10:25:53   19   you get out of the penitentiary, first off, they will -- at the

10:25:58   20   latter part of the years, they'll put you through a halfway house

10:26:02   21   so that you can adjust a little bit.  And then, you'll be under

10:26:06   22   federal supervision for that period of time.

10:26:08   23        Other than your family, your best friend will be that

10:26:13   24   probation officer, and his or her job is to ensure that you don't

10:26:22   25   go back to the penitentiary because you will -- for five years

10:26:27  1  can go back at any time if you do something wrong.  They want you

10:26:31  2  not to go back.  They're going to assist you in getting a job.

10:26:36  3  They're going to assist you when you have a personal problem, you

10:26:40  4  just want to talk, you could call them and they're available 24

10:26:43  5  hours a day.

10:26:47  6          It's not like you hear or read about in like the state

10:26:51  7  system.  It is a one-to-one personal relationship that is good.

10:26:58  8  And the main thing when you get out is to adjust.  And your

10:27:05  9  family will know the probation officer.  Your wife, if she has a

10:27:09  10  problem, will call the probation officer.  And for a period of

10:27:13  11  time -- it may not have to be five years, but I'm going to put on

10:27:16  12  there five years.  It could be life, but I don't think you're

10:27:19  13  going to need that.  And that's where we are going to go.

10:27:24  14          Now, on the special conditions, you, of course, will

10:27:33  15  not take illegal drugs nor drink alcohol.  But you will have

10:27:42  16  mandatory testing within 15 days of your release for illegal

10:27:46  17  drugs.  And you'll be available, in the discretion of the

10:27:51  18  probation officer, if you have any drug problem or alcohol

10:27:56  19  problem or mental health problem for evaluation, for counseling,

10:28:03  20  for therapy, if necessary.  I don't know that you'll need that,

10:28:06  21  but if you do, you will have it available.

10:28:12  22          In any mental health therapy, if medications are

10:28:14  23  prescribed, you will take them.  You will disclose all of your

10:28:24  24  assets and liabilities to the probation officer, and you will not

10:28:29  25  transfer, sell, give away, or otherwise convey any asset without

10:28:33  1    first consulting with the probation officer.

10:28:37  2         I'm not going to put a workforce development on him

10:28:42  3    because I feel competent he will spend his time smartly, because

10:28:46  4    of his family, and get into one of those programs so he can get

10:28:53  5    confidence in some type of work.

10:28:55  6         You will submit your person, property, house, resident,

10:29:00  7    office, vehicle, papers, computers, and other electronic

10:29:04  8    communication, or data storage devices, or media to a search

10:29:08  9    conducted by the United States probation officer.  Failure to

10:29:13  10   submit to a search may be grounds for revocation of release.  You

10:29:17  11   will warn any occupant that the premises may be subject to

10:29:20  12   searches pursuant to this condition.  Any search must be

10:29:25  13   conducted at a reasonable time and in a reasonable manner.  The

10:29:29  14   probation officer may conduct such a search when there's

10:29:32  15   reasonable suspicion that you may have violated a condition of

10:29:36  16   supervision or a violation of law.

10:29:44  17        The probation officer's also recommended that you get a

10:29:50  18   GED.  A GED, which is the equivalent of a high school equivalent.

10:29:56  19   The best thing for you to do is get it while you're in the

10:30:01  20   penitentiary.  You'll have a counselor there and you can study

10:30:06  21   for it and get it.  You're plenty smart to get it.  But those two

10:30:14  22   things during this period of incarceration, you really should

10:30:19  23   work for.  That's the best thing you can do for not only yourself

10:30:22  24   but your family is to get competence in some type of employment.

10:30:27  25   And there's lots of it.  There's everything from truck driving.

10:30:31  1   We've got a lot of programs.

10:30:33  2          When you are assigned, get with a counselor because of

10:30:38  3   the offense that you're guilty of, you probably will not be

10:30:42  4   assigned around here.  Get with a counselor, tell them about your

10:30:48  5   family.  Your wife is standing up right over there.  Tell them

10:30:55  6   about your children.  And as soon as they determine that you're

10:30:58  7   not a problem to yourself or anybody else, they will get you

10:31:03  8   close to Austin and probably to Bastrop.  That's my experience

10:31:07  9   over all these years.

10:31:08  10         You just have to prove yourself because when they look

10:31:11  11  on paper at your conviction, they're going to assume that you

10:31:16  12  need some strict confinement at first.  But it will not take

10:31:21  13  long, once you have worked with your counselor.  Work with your

10:31:26  14  counselor on getting into one of these occupational programs and

10:31:33  15  work with your counselor to move to Austin.

10:31:46  16         Anything else from probation?

10:31:48  17         PROBATION OFFICER:  No, sir.

10:31:48  18         THE COURT:  All right.  I'm not going to fine you in

10:31:55  19  this case, simply because it would just be harder on your family,

10:32:02  20  but I do assess the mandatory assessment of $100 on your -- the

10:32:12  21  federal mandate.

10:32:15  22         I'm going to seal the presentence investigation.

10:32:17  23  Nobody can come in and read about you or your family.  In the

10:32:22  24  event of any appeal, it becomes part of the record, and the

10:32:26  25  government may use their copies for official purposes.

10:32:31  1          My last obligation I have to you is to give you this
10:32:37  2   letter, which Mr. Aldredge will go over with you, and that says
10:32:44  3   under the law, you usually have 14 days, 14 days only to file a
10:32:50  4   notice of appeal if you wish to appeal any part of this sentence.
10:32:54  5   If you do not file a notice of appeal, that is, if you do not
10:32:58  6   tell Mr. Aldredge to file a notice of appeal within 14 days, you
10:33:04  7   lose that right forever and can never legally complain about
10:33:08  8   anything in this case, and in the sentence, and in your plea, or
10:33:12  9   in your plea agreement.
10:33:13  10          In all probability, you waived part or all of your
10:33:18  11   right to appeal in the plea agreement, because that's usually a
10:33:21  12   requirement of the government.  But Mr. Aldredge will go over
10:33:24  13   that with you, give you his recommendation, which you owe him the
10:33:28  14   obligation of telling him not to appeal or to appeal within that
10:33:33  15   14-day period.  Do you understand?
10:33:35  16          THE DEFENDANT:  Yes, sir.
10:33:35  17          THE COURT:  Do you need anything back there?
10:33:40  18          MS. FURR:  No.
10:33:42  19          THE COURT:  Anything else?
10:33:44  20          THE DEFENDANT:  I just -- are you willing to make a
10:33:48  21   recommendation for me to -- although it may not happen because of
10:33:53  22   my charge to be incarcerated within Texas?
10:33:58  23          THE COURT:  My judgment is going to recommend that you
10:34:02  24   be placed in Bastrop, which is the closest to Austin.  It's like
10:34:10  25   everything else, you have to earn that.

10:34:13  1          THE DEFENDANT:  Uh-huh.

10:34:14  2          THE COURT:  But I've never had a case where it wasn't

10:34:20  3  earned, unless it was, you know, something like ten murders and

10:34:27  4  that type of thing.  Because you're a lot easier to supervise in

10:34:35  5  prison if you're close to your family.  It's just a given.  But

10:34:41  6  because of the offense, you will probably have to earn it.  And

10:34:46  7  Mr. Aldredge can talk to you a little bit more about that.

10:34:50  8          Anything further?

10:34:52  9          MR. ALDREDGE:  Nothing further.

10:34:53  10         MR. SOFER:  Your Honor, I just want to make sure I

10:34:55  11  heard correctly.  You said 82 or 84 months?

10:34:57  12         THE COURT:  Eighty-four, whatever the agreement was.

10:35:00  13         MR. SOFER:  I couldn't tell.

10:35:02  14         MR. ALDREDGE:  You said 82.

10:35:04  15         THE COURT:  Well, 82, it is.  I said it before, I'll

10:35:10  16  say it again.  Eighty-two.  Is that satisfactory with the

10:35:13  17  government?

10:35:13  18         MR. SOFER:  Yes, your Honor.

10:35:14  19         THE COURT:  The reason I ask is that is when I give a

10:35:19  20  sentence under the guidelines, unless it's at the government's

10:35:23  21  request, they can appeal, and the appellate courts have no

10:35:28  22  problem telling me how wrong I am.

10:35:31  23         All right.  Good luck to you.

10:35:32  24         THE DEFENDANT:  Thank you, your Honor.

          25         (End of proceedings.)

1                              * * * * * *

2

3

4    UNITED STATES DISTRICT COURT)

5    WESTERN DISTRICT OF TEXAS    )

6

7        I, LILY I. REZNIK, Official Court Reporter, United States

8    District Court, Western District of Texas, do certify that the

9    foregoing is a correct transcript from the record of proceedings

10   in the above-entitled matter.

11       I certify that the transcript fees and format comply with

12   those prescribed by the Court and Judicial Conference of the

13   United States.

14       WITNESS MY OFFICIAL HAND this the 22nd day of June, 2015.

15

16

17                              /s/Lily I. Reznik
                                LILY I. REZNIK, CRR, RMR
18                              Official Court Reporter
                                United States District Court
19                              Austin Division
                                501 W. 5th Street, Suite 4153
20                              Austin, Texas 78701
                                (512)391-8792
21                              Certification No. 4481
                                Expires:  12-31-16
22

23

24

25