IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 AUG -3 AM 9: 24
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD
          DEPUTY

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| | CAUSE NO.: |
| -vs- | A-14-CR-00213-SS |
| (1) MICHAEL TODD WOLFE, | |
| Defendant. | |

# O R D E R

BE IT REMEMBERED on this day the Court received a letter purportedly from the defendant Michael Todd Wolfe, a copy of which is attached to this order and construed as a motion and is incorporated by reference here.

IT IS ORDERED that the "pleading motion to be housed at a facility other than U.S.P. Pollock and closer to Austin, Tx" is DISMISSED.

The undersigned has no jurisdiction over the Bureau of Prisons with regard to placement of prisoners. The only valid remedy Mr. Wolfe has is to get with his counselor and work hard to convince the Bureau of Prisons that placement nearer to Austin, Texas would be beneficial not only to Mr. Wolfe and his family, but also to the Bureau of Prisons.

SIGNED this the 31st day of July 2015.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE

7-23-15

14-CR-213

Now here comes, Michael Todd Wolfe, F.I.D. # 39321-380

Current location, Jack Harwell Detention Center, 3101 E. Marlin Hwy, Waco, TX

### Pleading Motion

To be housed at a Facility other than, U.S.P. Pollock, and closer to Austin, TX.

### Reason

Life threat due to nature of case, and to be closer to children, wife, mother and elderly grandmother, who all live in Austin, TX. Wife and children are finacially unable to travel to U.S.P. Pollock for visitation, and grandmother is suffering from C.O.P.D. and unable to travel for long durations of time.

C.C.

Dist. Judge Sam Sparks

U.S. Marshalls

Atty. Horatuon Aldridge

CHAMBERS OF
JUL 27 2015
SAM SPARKS